UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY EDWARD KING, | No. 2:15-cv-1331 TLN KJN P |
| Petitioner, | |
| v. | <u>ORDER TO SHOW CAUSE</u> |
| DAVID B. LONG, Warden, | |
| Respondent. | |

    Petitioner is a state prisoner, proceeding pro se, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On September 22, 2015, respondent filed a motion to dismiss on the grounds that this action is barred by the one-year statute of limitations, and petitioner failed to exhaust his state court remedies.  Petitioner has not filed an opposition to the motion.  Local Rule 230(l) provides in part:  "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

    Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within thirty days, why his failure to oppose respondent's September 22, 2015 motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion, and he shall file an opposition.  Petitioner is cautioned that failure to respond to the instant order, or to file an

////

opposition to the pending motion to dismiss, will result in a recommendation that this action be dismissed.

Dated: October 27, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/king1331.46h