1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICKY EDWARD KING,                          No.  2:15-cv-1331 TLN KJN P

12                  Petitioner,

13         v.                                     ORDER

14   DAVID B. LONG, Warden,

15                  Respondent.

16

17         Petitioner is a state prisoner, proceeding pro se, with an application for writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  On September 22, 2015, respondent filed a motion to

19   dismiss on the grounds that this action is barred by the one-year statute of limitations, and

20   petitioner failed to exhaust his state court remedies.  On October 27, 2015, petitioner was ordered

21   to show cause why his failure to oppose the motion to dismiss should not be deemed a waiver of

22   any opposition to the granting of the motion.  However, on October 27, 2015, petitioner's October

23   26, 2015 opposition was entered on the court docket.  On November 5, 2015, petitioner filed a

24   response to the order to show cause and provided a copy of his opposition.

25         The certificate of service appended to petitioner's opposition is signed October 22, 2015.

26   Under the mailbox rule, the opposition was filed as of October 22, 2015.  Huizar v. Carey, 273

27   F.3d 1220, 1222 (9th Cir. 2001) (Under the mailbox rule, a prisoner's pro se habeas petition is

28   "deemed filed when he hands it over to prison authorities for mailing to the relevant court.");

1

1  Houston v. Lack, 487 U.S. 266, 276 (1988).  However, Local Rule 230(l) provides that

2  oppositions to motions shall be filed within twenty-one days.  Id.  Because the motion to dismiss

3  was filed on September 22, 2015, petitioner's opposition was due on or before October 13, 2015.

4  Thus, petitioner's opposition was untimely filed.

5        However, in light of the court's preference to resolve motions on the merits, the court will

6  consider petitioner's opposition, and provides respondent an opportunity to file a reply.

7        Good cause appearing, IT IS HEREBY ORDERED that:

8        1.  The order to show cause (ECF No. 19) is discharged;

9        2.   The court will consider petitioner's October 26, 2015 opposition to the motion to

10  dismiss (ECF No. 20); and

11        3.  Respondent shall file a reply, if any, within seven days from the date of this order.

12  Dated:  January 27, 2016

_Kendall J. Newman_
_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

16  /king1331.rep

2