UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY EDWARD KING,<br><br>    Petitioner,<br><br>  v.<br><br>DAVID B. LONG, Warden,<br><br>    Respondent. | No. 2:15-cv-1331 TLN KJN P<br><br><br>ORDER |

  Petitioner is a state prisoner, proceeding without counsel. On August 19, 2016, petitioner was granted fourteen days in which to file an amended petition raising new claims filed in his related case, 2:16-cv-1283 TLN KJN. Both parties filed responses arguing that it would be inappropriate to include petitioner's new claims in this action. In light of their responses, the undersigned vacates the August 19, 2016 order, and will address petitioner's second habeas petition in 2:16-cv-1283 TLN KJN.

  Accordingly, IT IS HEREBY ORDERED that the August 19, 2016 order (ECF No. 34) is vacated.

Dated: December 5, 2016

                KENDALL J. NEWMAN
                UNITED STATES MAGISTRATE JUDGE

/cw/king1331.vac